

IN THE
TENTH COURT OF APPEALS

_____

No. 10-13-00035-CV

IN RE HANK SCOTT, ANNE SCOTT, AND SAM SCOTT

_____

Original Proceeding

MEMORANDUM OPINION

Relators' petition for writ of mandamus against Respondent Phil Robertson, Judge of the 220th District Court, is denied.

Relators' petition for writ of mandamus against Respondent Leoma Larance, the District Clerk of Hamilton County, is dismissed for want of jurisdiction. A court of appeals has no jurisdiction to issue a writ of mandamus against a district clerk except to protect its jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(b) (Vernon 2004); *In re Bernard*, 993 S.W.2d 453, 454 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding). We do not have jurisdiction to decide Relators' petition for writ of mandamus against the District Clerk.

Relators' petition for writ of mandamus against Respondent Kay Solomon, the Administrator of the 220th District Court, is dismissed for want of jurisdiction. We do not have jurisdiction to issue a writ of mandamus against a district court administrator. *See* TEX. GOV'T CODE ANN. § 22.221(b).

REX D. DAVIS
Justice

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Petition denied and dismissed
Opinion delivered and filed February 21, 2013
[OT06]